# Court of Appeals
# of the State of Georgia

ATLANTA, __November 30, 2021__

*The Court of Appeals hereby passes the following order:*

**A21A1438. In the Interest of S. M. M. et al, children (father).**

Upon careful review of the entire appellate record, we have determined that the father's application for discretionary review was improvidently granted. Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/30/2021__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*